Michael Fuller, Oregon Bar No. 09357
Trial Attorney for Plaintiff
OlsenDaines, PC
9415 SE Stark St., Suite 207
Portland, Oregon 97216
Email: mfuller@olsendaines.com
Office: (503) 274-4252
Fax: (503) 362-1375
Cell: (503) 201-4570

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **THELMA ANN FAILEY**, | Case No. CV-11-1088-HU |
| Plaintiff, | **PLAINTIFF'S MOTION FOR LAW STUDENT APPEARANCE** |
| v. | |
| **PATRICK R. DONAHOE**, Postmaster General, **SHARON BLACKBURN**, Facilities Manager, and **UNITED STATES POSTAL SERVICE**, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

**PLAINTIFF'S MOTION FOR LAW STUDENT APPEARANCE** - Page 1

**OlsenDaines, PC**
9414 SE Stark St., Ste 207
Portland, OR  97216
Telephone (503)274-4252
Facsimile (503) 362-1375

## MOTION

Pursuant to LR 83-5, Thelma Failey ("plaintiff"), by and through her trial attorney Michael Fuller, moves the Court for consent to appear by certified law student.

Plaintiff supports this motion with her attached declaration and the declaration of Michael Fuller.

DATED: January 30, 2013

                                        RESPECTFULLY SUBMITTED,

                                        s/ Michael Fuller
                                        Michael Fuller, Oregon Bar No. 09357
                                        Trial Attorney for Plaintiff
                                        OlsenDaines, PC
                                        9415 SE Stark St., Suite 207
                                        Portland, Oregon 97216
                                        Email: mfuller@olsendaines.com
                                        Office: (503) 274-4252
                                        Fax: (503) 362-1375
                                        Cell: (503) 201-4570

**PLAINTIFF'S MOTION FOR LAW STUDENT APPEARANCE** - Page 2

                                        **OlsenDaines, PC**
                                        9414 SE Stark St., Ste 207
                                        Portland, OR  97216
                                        Telephone (503)274-4252
                                        Facsimile (503) 362-1375