UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **THELMA ANN FAILEY**,<br><br>           Plaintiff,<br><br>     v.<br><br>**PATRICK R. DONAHOE**, Postmaster General, **SHARON BLACKBURN**, Facilities Manager, and **UNITED STATES POSTAL SERVICE**,<br><br>           Defendants. | Case No. CV-11-1088-HU<br><br>**DECLARATION OF MICHAEL FULLER**<br><br>**IN SUPPORT OF PLAINTIFF'S MOTION FOR LAW STUDENT APPEARANCE** |

## DECLARATION

I, Michael Fuller, declare the following under penalty of perjury:

1. I am over the age of 18 and have personal knowledge of the facts I am testifying to in this declaration.

2. I am Thelma Failey's court-appointed trial attorney in the above-captioned action.

/ / /

/ / /

/ / /

/ / /

**MICHAEL FULLER DECLARATION** - Page 1

**OlsenDaines, PC**
9414 SE Stark St., Ste 207
Portland, OR  97216
Telephone (503)274-4252
Facsimile (503) 362-1375

3. My certified law clerk Carl Cramer has my and Ms. Failey's permission to represent her, including arguing the motion for summary judgment in her case.

4. Upon information and belief, Carl Cramer is an eligible certified law student meeting all requirements under Oregon rules. Attached to this declaration as "Exhibit 1" is a true copy of Mr. Cramer's certification letter.

5. I have explained the extent of Mr. Cramer's participation in the case to my client and she consents to his representation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 28, 2013

/s/ Michael Fuller
Michael Fuller

**MICHAEL FULLER DECLARATION** - Page 2