# SUPREME COURT



# COURT OF APPEALS

**KINGSLEY W. CLICK**
State Court Administrator

SUPREME COURT BUILDING
1163 STATE STREET
SALEM, OREGON 97301-2563

RECORDS SECTION
503-986-5555
Fax 503-986-5560

| | |
|---|---|
| Name: | Carl Cramer |
| Law School: | Willamette University |
| Re: | LAW STUDENT CERTIFICATION |

This is to confirm that your Law Student Appearance Rule Certificate has been received and filed in the Supreme Court. You are eligible to practice under the Law Student Appearance Rules as of January 10, 2013

Unless sooner withdrawn, your certificate shall remain in effect until the earlier of (a) 18 months after the certificate is filed or (b) announcement of the results of the first bar examination following your graduation, provided, if you pass the examination, the certificate shall continue in effect through the date of the first swearing-in ceremony following the examination.

DATED this 10th day of January, 2013

KINGSLEY W. CLICK
State Court Administrator

*(signature)*
Authorized Representative

c:   Willamette University
c/o Willamette University College of Law